UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_SERGEI CHEPILKO_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_THE CITY OF NEW YORK,_
_CRISTOPHE BURTON,_
_RICHARD COHEN,_
_GAASING CHAN,_
_SAMUEL BROWN,_
_RONETTE BENJAMIN,_
_ROGER JASMIN_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☒ Yes  ☐ No
(check one)

CV 14    4173

ROSS, J.

BLOOM, M.J.

ORIGINAL

RECEIVED
JUL - 3 2014
PRO SE OFFICE

I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _SERGEI CHEPILKO_
Street Address _501 SURF AVE., APT. 13A_
County, City _BROOKLYN, NEW YORK_
State & Zip Code _NEW YORK, 11224_
Telephone Number _718-266-1288_

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name P.O. Cristophe Burton, Tax # 944399
                   Street Address
                   County, City Kings, New York, Precinct 63
                   State & Zip Code
                   Telephone Number

Defendant No. 2    Name Sgt. Richard Cohen, Tax # 905584
                   Street Address
                   County, City Kings, New York, Precinct 60
                   State & Zip Code
                   Telephone Number

Defendant No. 3    Name P.O. Garsing Chan, Tax # 941533
                   Street Address
                   County, City Kings, New York, Presinct 63
                   State & Zip Code
                   Telephone Number

Defendants No. 4,5,6  Name P.O. S. Brown (936248), Sgt. R. Jasmin (928531), P.O. R. Benjamin (936194)
                   Street Address
                   County, City Kings, New York, Precinct 63.
                   State & Zip Code
                   Telephone Number

Defendant 7. City of New York

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Civil Rights Violations under 42 USC § 1983, 28 USC § 1391 (B)

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
    Plaintiff(s) state(s) of citizenship Brooklyn, New York
    Defendant(s) state(s) of citizenship

Rev. 05/2010

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Jones Walk and Surf Ave., the 60 Precinct, Brooklyn

B. What date and approximate time did the events giving rise to your claim(s) occur? July 4, 2011 at 7:40 A.M.

C. Facts: Plaintiff advertised photographs. P.O. Burton stated that plaintiff was not a licensed vendor and prohibited selling photoes. Plaitiff tried to write badge number and P.O. Burton immidiately hand-cuffed plaintiff and dragged him to the group of police officers. They kicked plaintiff's legs and refused to address plaintiff's complain for pain in the wrists.
During staying in the holding cell, plaintiff was verbally assaulted with sexual threat by Sgt. Cohen.
P.O. Burton issued 2 summonses for disorderly conduct, which where dismissed.

[sidebar boxes: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV.  **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Injuries to the wrists as a result of tight hand-cuffing, injuries to the legs. Infliction of severe emotional distress. Treated on July 5, 2011 at Cornell Hospital. Violation of plaintiff's civil rights.

Rev. 05/2010

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

WHEREFORE, PLAINTIFF DEMANDS COMPENSATORY AND PUNITIVE DAMAGES DETERMINED AT THE JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of July, 2014

Signature of Plaintiff: S. Chepilko

Mailing Address: 501 Surf Ave., Apt. 13A
Brooklyn, NY 11224

Telephone Number: 718-266-1288

Fax Number (if you have one):